FRANK MATHUSA, Appellant, v. EDGAR S. KNOX, Respondent, and Others.— Order modified by striking therefrom in the paragraph marked " second " the words " including the number of feet or nches which this defendant was from the plaintiff; " by str king therefrom in the paragraph marked " fourth " the words " and upon plaintiff's failure to serve said bill of particulars the plaintiff and his attorneys be precluded from giving any evidence upon the trial of this action in support of the facts enumerated herein, and it is further Ordered: That in the event of the failure of plaintiff to serve the verified bill of part culars as herein required the defendant may obtain an order *ex parte*, dismissing the complaint of the plaintiff herein; and it is further; " and as so modified affirmed, with ten dollars costs and disbursements to the appellant.  Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur.

FRANK MATHUSA, Appellant, v. A. PAGE SMITH, Respondent, and Others.— Order modified by striking therefrom in the paragraph marked " 1 " the word " exact;" by striking therefrom in the paragraph marked " 2 " the word " exact;" by striking out the whole of the paragraph marked " 5;" by str king therefrom in the paragraph marked " 6 " the word " exact;" from paragraph marked " 7 " the word " exact;" by striking therefrom the whole of the paragraphs which read " Ordered That upon plaintiff's failure to serve said bill of particulars the plaintiff and his attorney be precluded from giving any evidence upon the trial of this action in support of the facts hereinbefore mentioned; and it is further Ordered That in the event of the failure of the plaintiff to serve a verified bill of particulars, this defendant may obtain an order *ex parte* dismissing the complaint of the plaintiff herein as to him, and it is further;" and as so modified affirmed, with ten dollars costs and disbursements to the appellant.  Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur.

ERNEST G. HAND, Respondent, v. THOMAS ROURKE, as Executor, etc., of JOHN H. ROURKE, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements.  Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Davis, J., dissents and votes for reversal and for granting motion to open default on payment of costs, on the authority of *Baldwin* v. *Yellow Taxi Corp.* (221 App. Div. 717).

THE ADIRONDACK TRUST COMPANY, Plaintiff, v. NASH ROCKWOOD and Others, Defendants.  In the Matter of the Application of GEORGE L. WILLIAMS, Assignee by Mesne Conveyance from JOHN W. CLARK, JR., Judgment Creditor of NASH ROCKWOOD, for an Order Directing the Payment to Him of the Surplus Money Deposited in the Court in the Above-Entitled Action.— Order unanimously affirmed, with ten dollars costs and disbursements.  Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

LUNA BIGELOW, Respondent, v. WILLIAM MAHARAY and Another, Appellants.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the convenience of witnesses will be thereby best served.  Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.